**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No.   MJ09-5178** |
| **v.** | |
| | **DETENTION ORDER** |
| **MARIA OSEGUERA LOPEZ,** | |
| **Defendant.** | |

THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
( )       Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)
( )       Potential maximum sentence of life imprisonment or death.  18 U.S.C.§3142(f)(B)

**Safety Reasons:**
( )       Defendant is currently on probation/supervision resulting from a prior offense.
( )       Defendant was on bond on other charges at time of alleged occurrences herein.
( )       Defendant's prior criminal history.

**Flight Risk/Appearance Reasons:**
( )       Defendant's lack of sufficient ties to the community.
( )       Bureau of Immigration and Customs Enforcement detainer.
( )       Detainer(s)/Warrant(s) from other jurisdictions.
( )       Failures to appear for past court proceedings.
( )       Past conviction for escape.

**Other:**
(√)       Defendant stipulated to detention without prejudice and for reasons contained in the Government's Motion for Detention.

*Order of Detention*

▸      The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
▸      The defendant shall be afforded reasonable opportunity for private consultation with counsel.
▸      The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**July 1, 2009.**

J. Richard Creatura
United States Magistrate Judge

DETENTION ORDER
Page - 1